IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY BAKER,

          Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

          Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4284

Opinion filed February 9, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Anthony Baker, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

LEWIS, BILBREY, and KELSEY, JJ., CONCUR.